JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MYMEDICALRECORDS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation,<br><br>Defendant. | Case No. 2:13-cv-09214-ODW (SHx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE<br><br>The Hon. Otis D. Wright, II<br><br>Trial Date:       TBD |

Based upon the Stipulation between Plaintiff MyMedicalRecords, Inc. ("MMR") and Defendant Walgreen Co. ("Walgreen") and **GOOD CAUSE APPEARING:**

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation to dismiss the herein action with prejudice is granted.
2. Each party to bear its own costs and attorney's fees.

DATED: __March 10__, 2014      _____

Honorable Otis D. Wright, II